MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

BILL LOCKYER, Attorney General
DARRYL L. DOKE, Lead Supervising
  Deputy Attorney General
THOMAS D. MCCRACKIN, Supervising
  Deputy Attorney General
KEVIN W. REAGER (State Bar No. 178478)
Deputy Attorney General
1300 "I" Street
P.O. Box 944255
Sacramento, CA 94244-2550
Tel: (916) 324-5331
Fax: (916) 322-8288

Attorneys for all Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE BARAJAS, Individually,<br><br>　　　　Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA, a public entity, CALIFORNIA HIGHWAY PATROL, a public entity, OFFICER ALAN K. PITTMAN # 11787, OFFICER E. DILLON # 16812, and DOES 1 through 10, Jointly and Severally,<br><br>　　　　Defendants. | Case No.: 2:05-CV-01539-MCE-DAD<br><br>**ORDER GRANTING JOINT APPLICATION TO MODIFY PRETRIAL SCHEDULING ORDER TO CONTINUE DISCOVERY DEADLINE**<br><br>*NO HEARING DATE REQUESTED* |

1

PDF created with pdfFactory trial version www.pdffactory.com

1     This Court, having considered the parties' joint application to modify the Pretrial Scheduling Order to continue the discovery deadline, and finding good cause therefore,

    IT IS HEREBY ORDERED that the Pretrial Scheduling Order is modified to continue the deadline for non-expert discovery to May 31, 2006.

DATE: February 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com