1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARAJAS, | No. 2:05-cv-1539-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, OFFICER ALAN K. PITTMAN #1187, OFFICER E. DILLON #16812M, and DOES 1 through 10, jointly and severally, | |
| Defendants. | |

Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 27, 2006.

///
///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: September 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE