MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff

BILL LOCKYER, Attorney General
DARRYL L. DOKE, Lead Supervising
   Deputy Attorney General
THOMAS D. MCCRACKIN, Supervising
   Deputy Attorney General
KEVIN W. REAGER (State Bar No. 178478)
Deputy Attorney General
1300 "I" Street
P.O. Box 944255
Sacramento, CA  94244-2550
Tel: (916) 324-5331
Fax: (916) 322-8288

Attorneys for all Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE BARAJAS, Individually,<br><br>         Plaintiff,<br>vs.<br><br>STATE OF CALIFORNIA, a public entity, CALIFORNIA HIGHWAY PATROL, a public entity, OFFICER ALAN K. PITTMAN # 11787, OFFICER E. DILLON # 16812, and DOES 1 through 10, Jointly and Severally,<br><br>         Defendants. | Case No.: 2:05-CV-01539-MCE-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>*NO HEARING DATE REQUESTED* |

1  IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.Civ.P. 41(a)(1), as to all claims pursuant to the terms of the settlement agreement entered into between the parties, with all parties to bear their own attorneys' fees and costs of suit.

Dated:  September 28, 2006          HADDAD & SHERWIN

                                    /s/ Julia Sherwin_____
                                    Julia Sherwin
                                    Attorneys for Plaintiff

Dated:  September 28, 2006          BILL LOCKYER, Attorney General
                                    of the State of California
                                    DARRYL L. DOKE, Lead Supervising
                                    Deputy Attorney General
                                    THOMAS D. MCCRACKIN, Supervising
                                    Deputy Attorney General
                                    KEVIN W. REAGER
                                    Deputy Attorney General


                                    /s/ Kevin Reager*[1]_____
                                    KEVIN W. REAGER
                                    Deputy Attorney General
                                    Attorneys for Defendants


BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED:  September 28, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

---

[1] * Plaintiff's counsel has on file the faxed holographic signature of Mr. Reager.